1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  **LEVI & KORSINSKY, LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  Attorneys for Plaintiff Joseph Polchert

6  [Additional Counsel listed on signature block.]

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

| | |
|---|---|
| 11  JOSEPH POLCHERT, an individual, | Case No. 3:18-cv-02071-DMR |
| 12        Plaintiff, | |
| 13  v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| 14  MULESOFT, INC., MARK BURTON, MICHAEL CAPELLAS, STEVEN COLLINS, GARY LITTLE, RAVI MHATRE, MARCUS RYU, GREG SCHOTT, YVONNE WASSENAAR, and ANN WINBLAD, | |
| 17        Defendants. | |

19   **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

20   **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Joseph
21  Polchert ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action
22  (the "Action") with prejudice.  Because this notice of dismissal is being filed before service by
23  Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action
24  is effective upon filing of this notice.

25  Dated: June 25, 2018                    **LEVI & KORSINSKY, LLP**

26                                          By: /s/ *Rosemary M. Rivas*
                                              Rosemary M. Rivas
27                                            44 Montgomery Street, Suite 650
                                              San Francisco, CA 94104
28                                            Telephone: (415) 291-2420
                                              Facsimile: (415) 484-1294

|  |  |
|---|---|
| 1 | Donald J. Enright (to be admitted *pro hac vice*) |
| 2 | Elizabeth K. Tripodi (to be admitted *pro hac vice*) |
|   | **LEVI & KORSINSKY, LLP** |
| 3 | 1101 30th Street NW, Suite 115 |
|   | Washington, DC 20007 |
| 4 | Tel: (202) 524-4290 |
|   | Fax: (202) 337-1567 |
| 5 | Email: denright@zlk.com |
|   | etripodi@zlk.com |
| 6 | Attorneys for Plaintiff Joseph Polchert |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL